NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                              Criminal Number  1:22-cr-00261-CRC

Kimberly DiFrancesco
            (Defendant)


TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ■ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Michael P. Gillespie (PHV IL Bar: 6229314)
*(Attorney & Bar ID Number)*
Law Offices of Gillespie & Gillespie
*(Firm Name)*
53 W. Jackson Blvd. Suite 1062
*(Street Address)*
Chicago              IL              60604
*(City)*          *(State)*          *(Zip)*
312-588-1281
*(Telephone Number)*