October 10, 2022

Your Honor,

I am Helen Levinson, a 51-year-old Skokie, IL resident, and a software sales executive. I am also the daughter of immigrant parents, who raised me in the Northside of the City of Chicago. I am writing on behalf of Ms. Kimberly DiFrancesco. I have been friends with Ms. DiFrancesco for over 20 years, and during that time, I have known her to be a responsible person of good character. Our relationship began in 2000 as a vendor and client that grew into a meaningful long-term friendship. Over the years, Ms. DiFrancesco has never failed to show up to help a friend in need. When I gave birth to my daughter, I was having difficulty adjusting, and as a new mom and juggling the responsibilities of my business, and it nearly destroyed my spirit. Ms. DiFrancesco kept me motivated and focused on my priorities while she would meal prep for me, and since my office was near her home in Elmhurst, IL, at the end of the day, I would stop by to pick up the dinner, she lovingly made for my family.

One year, I needed housing for a French student I hired to intern for my company. Ms. DiFrancesco had opened her home to him so he could live there for free during the summer. She opened her home to a stranger and provided him with shelter, meals, and transportation. Even that relationship blossomed into a strong friendship. Ms. DiFrancesco has opened her home to many others who require shelter and has a long history of doing good for others, all based on her genuine character to help those in need. She has never asked for anything in return.

When my parents migrated to the US from Jordan in 1969, they feared the unknowns of being in a new country; we thrived because kind people helped my parents establish themselves here— people who were good, kind, generous, and unselfish. People like Ms. DiFrancesco always pay it forward to help others in need.

I realize the actions of some people at the Capitol on January 6th have negatively impacted many in our country. There were activities that day that I disapproved of. However, I know Ms. DiFrancesco's character, and it has been consistent since the day I met her. She is a kind, generous, self-aware, and unselfish individual who was at the wrong place and time. I do not doubt that Ms. DiFrancesco will learn from this event, and I hope you will read the testimony in this letter before the court and consider it as part of your decision.

Sincerely,

Helen Levinson
Skokie, IL
773-507-4455

A

Date: June 18, 2022

Subject: Character reference for Kimberly Di Francesco

Your Honor,

I, Raymond McKiernan, am writing this letter to provide a character reference for Kim Di Francesco, who I have known as a colleague and friend for over 15 years. I provide this reference in full knowledge of Kim's situation.

I can confidently say that few women have contributed to the industry in which we serve, more than Kim has over our many years working as competitors and friends. Even though I came into Kim's association through the food service industry we both work in, I also know Kim outside of business. She is an extremely kind, caring, polite, and well liked productive, member of society. She is honest, hardworking, has solid, wonderful relationships with her friends and family. I know her family is everything to her, as when we travel to places on business, she always invites her 74 year old retired Mother so that she can enjoy some of the wonderful places we get to travel to within our industry. It is clear time spent with her family is everything to her.

Please feel free to contact me at 480-390-9020 at any time if you should need additional information from me.

Sincerely,

B

Sandra L. DiFrancesco

402 East Seminole Street

Dwight, Illinois 60420

(815) 584-9298

Email: dasco474@sbcglobal.net

June 19, 2022

Re: Character Reference for Court regarding Kimberly A. DiFrancesco

Your Honor:

I, Sandra DiFrancesco, am writing this letter to you regarding the character of Kimberly DiFrancesco. Kimberly is the younger of my two daughters so it is reasonable to say that I know her better than anyone else could. I always had a firm belief in leading by example. I worked for Lyondell Basell, a Houston based Chemical Company with a manufacturing Plant in Morris, Illinois for 45 years as a Logistics Specialist handling shipments of hazardous chemical tank cars and hopper cars of plastic pellets. I retired at age 70 three years ago. Kimberly has followed my lead in working for her current employer, Smithfield Foods, for 18 years. I have seen her continue to grow into a hardworking, dedicated woman with a high level of integrity. She is enthusiastic about her career, which is evidenced by her working towards her Master's Degree, which she successfully completed in 2021. I was very proud of her for putting any spare time to good use and accomplishing that milestone. Her professional manner has been very impressive. She has proven herself to be intelligent, competent and capable of handling a grueling schedule of work/school/personal life.

She has also proven to be an extremely responsible and devoted daughter. Several years ago I was diagnosed with cancer and had to undergo multiple surgeries, chemotherapy and radiation treatments and when it was possible for her to be with me to help me through these debilitating treatments, she could be relied upon to help without complaint. She was always ready to pitch in and take on yard work and household chores at my home, in addition to handling her own, for which I am forever grateful. Even as a young child, she could be counted on to make sure all the animals were fed and watered and taken care of regardless of weather or school activities. She always performed whatever tasks were assigned to her without complaint. That has not changed over the years; I still see that same sense of responsibility that is ingrained in her personality. She has always been honest with me and has professed remorse about any undue stress or pain that any of her actions may have caused me. It is typical that she wants to live up to my expectations of her.

I hope this reference will provide some insight into Kimberly's' personality. She is, in my opinion, an extremely valuable and contributing member of society. Thank you for your time,

Regards,

Sandra L. DiFrancesco



1440 Renaissance Drive, Suite 210
Park Ridge, IL 60068-1452
Phone: (847) 699-3300
Fax: (847) 699-3307
Online: www.foodindustrynews.com

**Every Month, Our Circulation Includes:**
Delis, Bowling Alleys, Commissaries, Pizzerias, National Restaurant Chains, Airline & Contract Feeders, Fast Foods, Theaters, Casinos, Grocery Stores, Caterers, Supermarket Chains, Cash & Carry Outlets, National Chains, Taverns, Restaurants, Convenience Stores, Purveyors, Cocktail Lounges, Hotels/Motels/Resorts, Amusement Parks, Correctional Facilities, Night Clubs, Country Clubs, C-Store Chains, Hospitals, Race Tracks, Local Chains, Cafes, Health Care Feeders, Banquet Halls, Bakeries, National Hotel Chains

**We Support and Reach the Following Associations:**
Illinois Restaurant Association
Chicago Club Managers Association
Illinois Hotel Lodging Association
Chefs and Culinary Professionals of Chicagoland
Greek/American Restaurant Association
Great American Restaurant Co-op
United Purchasing Co-op
Illinois Food Retailers
Food Marketing Institute
Chicago Chefs de Cuisine
Northern Illinois Foodservice Executives Association
International Foodservice Executives Association
Les Amis d' Escoffier Societies
National Assoc. of Catering Executives
Indiana Restaurant Association
Wisconsin Restaurant Association
Chicago Foodservice Marketing Club
Illinois School Foodservice Association
National Restaurant Association
National Assoc. of Convenience Stores
Illinois Petroleum Marketing Association
Midwest Frozen & Refrigerated Food Association
U.S. Chamber of Commerce
Chicago Convention Bureau
Professional Women in Foodservice
Starchef's
Chicago Midwest Meat Association

**We Support Our Advertisers With:**
Hot leads Report
Referrals
Sales Tips
News and Features
Online, Print and Mobile

Mr. Michael Gillespie
53 West Jackson Blvd
Suite 1062
Chicago Illinois 60604
michael@gillespieandgillespielaw.com
re: Kim Difrancesco

Your Honor,

I have known Kim Difrancesco professionally and personally for over 30 years. I have always found Kim to be a very dedicated, considerate and caring individual, who is hard working and dedicated to helping others.

At first, our relationship was purely professional, but after getting to know Kim and realizing how smart and selfless she is, I wanted to get to know her better and we became friends outside of work.

Kim has always been a woman of high morals and ideals. I've seen Kim reach out to help others even if there is nothing for her to gain in return. Emblematic of her gratitude and generosity is the fact that after her father passed away, Kim volunteered with Vitas (the Hospice firm who helped her father) for a few years. Kim would share with me how she sat with the terminally ill patients and their families, as they shared wonderful stories about their lives, which helped soothe their pain.

Professionally, Kim is a hard worker who believes in fostering relationships to help her clients achieve their goals. She is well liked and has an excellent reputation in the food industry, and I feel she goes "that extra mile" to help her clients to prosper, create more jobs and thus, demonstrates leadership. Kim is the type of person that anyone would be fortunate to call her friend.

I would be happy to discuss Kim in greater detail. I can be reached on my cell phone, at 847-602-9620 or via my personal email address, cary_milr@yahoo.com.

Thank you,
Cary Miller
Vice President, Food Industry News

Good morning Michael,

Please see below:

I've known Kim DiFrancesco since college (WIU); we go way back! To know Kim is like a gift that keeps on giving… she's always been there for her family and friends. Kim is selfless and I don't say that about many people… however, she's the kind of person that will always want to hear about your day and will offer guidance and support.

I keep my circle of good friends small, to only include those who offer you their ear to listen and their shoulder to cry on, as well as sometimes provide needed criticism/mentorship to help you grow (and vice versa). That's who Kim DiFrancesco is without a shadow of a doubt. Kim has always been there for every friend and family member for as long as I've known her. She is someone I love, trust, respect, and cherish.

I think back to Kim and the relationship she shared with her grandmother . . . it was such a special bond they had. Kim cared for her grandmother all the way till her passing-- taking time each week to not just see her, but to spend quality time with her. Kim treated her grandmother as a second mother. Kim is a caring woman, someone who will always be there for you, and I know her grandmother is so proud of her!

Quite honestly, I don't see many people in this world that really give a second thought about others because they are mired by their own selfishness. Kim's much more than a friend to me, she's my sister and I couldn't be more blessed to have her in my life (in fact, my whole family's life—they all love her). She's also a very intelligent and talented Sales Professional who goes above and beyond for her company and her customers. Everyone that Kim is in contact with is always impressed with her wisdom and genuine care for everyone.

I consider myself very lucky to have Kim in my life!

Sincerely,

Lisa Vitale


Talent Manager

The CARA Group , Inc

W: 630 869 0512

Lisa.Vitale@thecaragroup.com

18W140 Butterfield Rd., Suite 1000

Oak Brook Terrace, IL 60181

E