IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:22CR00261-002 |
| v. | Hon. Judge Christopher R. Cooper |
| KIMBERLY DIFRANCESCO | |

**DEFENDANT'S SUPPLEMENTAL OBJECTIONS TO**
**PRESENTENCE INVESTIGATION REPORT**

The Defendant, Kimberly DiFrancesco, by and through her attorney, Michael P. Gillespie provides these supplemental objections to the Presentence Investigation Report.

**Identifying Data**

The alternate identification listed 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 for Ms. DiFrancesco is not associated with her and her correct and only drivers' license is D165-5016-7888.

**The Offense Conduct (Par. 13)**

Ms. DiFrancesco provides to this Honorable Court that she did not wave a small flag during the instant offense.

**Personal and Family Data (Par. 38)**

The only correct email address for Ms. DiFrancesco is the first email listed: kdifran1@aol.com.

1

**Additional Information**

Ms. DiFrancesco provides that her identification was previously stolen which may be pertinent information given the additional email addresses and identification information obtained by United States Probation.

**Conclusion**

The Defendant, Kimberly DiFrancesco, respectfully provides these supplemental objections to the Presentence Investigation Report.

Respectfully submitted,

_____
Counsel for Kimberly DiFrancesco

MICHAEL P. GILLESPIE
*Counsel for Kimberly DiFrancesco*
The Law Offices of Gillespie & Gillespie
53 W. Jackson Blvd., Suite 1062
Chicago, IL 60604
Tel. (312) 588-1281
Fax (312) 588-1284
michael@gillespieandgillespielaw.com

## CERTIFICATE OF SERVICE

      I hereby certify I electronically filed the foregoing with the Clerk of the Court for the United States, District of Columbia and said filing complies with Fed.R.Crim.P.49, Fed.R.Civ.P.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

_____
Michael P. Gillespie

MICHAEL P. GILLESPIE
*Counsel for Kimberly DiFrancesco*
The Law Offices of Gillespie & Gillespie
53 W. Jackson Blvd., Suite 1062
Chicago, IL 60604
Tel. (312) 588-1281
Fax (312) 588-1284
michael@gillespieandgillespielaw.com